COCA-COLA BOTTLING COMPANY OF NEW YORK, INC., Appellant and Respondent, *v.* JOHN VANNECK et al., Respondents and Appellants.

Argued January 20, 1953; decided March 6, 1953.

*Harold H. Levin* for appellant-respondent.

*Percival E. Jackson* and *Theodore N. Tarlau* for respondents-appellants.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DYE, FULD and FROESSEL, JJ. DESMOND, J., dissents on the opinion of the Trial Justice.